|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>VICINAGE OF CAMDEN<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices<br>HONIG & GREENBERG, L.L.C.<br>By: Helene B. Raush, Esq.<br>1949 Berlin Road, Suite 200<br>Cherry Hill, New Jersey 08003-3737<br>(856) 770-0990<br>Attorneys for Lehigh Manor Estates Homeowners Association | **Order Filed on August 2, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    DARLENE L. BRYANT<br>                        Debtor(s)<br>Address  7 Little Court, Sicklerville, NJ 08081<br><br>Last four digits of Social Security or Individual Tax-Payer Identification Nos. (if any)<br><br><br><br>                        Debtor(s) | Case No.: 13-36987-JNP<br><br>Hearing Date: August 2, 2016 at 10:00 a.m.<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: August 2, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
DARLENE BRYANT
Case No: 13-36987-JNP
Caption: Order Granting Relief from the Automatic Stay

---

Upon consideration of Movant's motion for an Order for relief from the automatic stay, and good cause appearing therefore, it is hereby ORDERED that

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant, its heirs or assigns, to file a condominium lien claim and to foreclose on a lien claim upon land and premises commonly known as <u>7 Little Court</u>, in the Municipality of <u>Winslow Township</u>, <u>Camden County</u>, New Jersey, which land is identified by the lot and block number on the official tax map of said municipality as Block 11103, Lot 5;

2. Movant is granted an administrative priority claim for the delinquent post-petition Homeowner's Association assessments in the amount of $1,031.00 ~~which shall be paid through the Trustee~~

3. ~~Movant is granted an administrative priority claim for the ongoing Homeowner's Association assessments in the amount of $55.00 per month which shall be paid through the Trustee until the conclusion of the bankruptcy.~~

4. The movant shall serve this Order on the debtor, any trustee, and any other party who entered an appearance on the motion unless served via ECF;

END OF ORDER