UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices
HONIG & GREENBERG, L.L.C.
By: Helene B. Raush, Esq.
1949 Berlin Road, Suite 200
Cherry Hill, New Jersey 08003-3737
(856) 770-0990
Attorneys for Lehigh Manor Estates Homeowners
Association

In Re:
    DARLENE L. BRYANT
                                        Debtor(s)
Address  7 Little Court, Sicklerville, NJ 08081

Last four digits of Social Security or Individual Tax-
Payer Identification Nos. (if any)


                                        Debtor(s)

**Order Filed on August 2, 2016**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 13-36987-JNP

Hearing Date: August 2, 2016 at 10:00 a.m.

Judge: Hon. Jerrold N. Poslusny, Jr.


## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

        The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.


**DATED: August 2, 2016**

                        Honorable Jerrold N. Poslusny, Jr.
                        United States Bankruptcy Court

Page 2
DARLENE BRYANT
Case No: 13-36987-JNP
Caption: Order Granting Relief from the Automatic Stay

_____

Upon consideration of Movant's motion for an Order for relief from the automatic stay, and good cause appearing therefore, it is hereby ORDERED that

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant, its heirs or assigns, to file a condominium lien claim and to foreclose on a lien claim upon land and premises commonly known as <u>7 Little Court</u>, in the Municipality of <u>Winslow Township</u>, <u>Camden County</u>, New Jersey, which land is identified by the lot and block number on the official tax map of said municipality as Block 11103, Lot 5;

2. Movant is granted an administrative priority claim for the delinquent post-petition Homeowner's Association assessments in the amount of $1,031.00 ~~which shall be paid through the Trustee~~

~~3. Movant is granted an administrative priority claim for the ongoing Homeowner's Association assessments in the amount of $55.00 per month which shall be paid through the Trustee until the conclusion of the bankruptcy.~~

4. The movant shall serve this Order on the debtor, any trustee, and any other party who entered an appearance on the motion unless served via ECF;

END OF ORDER

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-36987-JNP
Darlene L. Bryant                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 02, 2016
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
db              +Darlene L. Bryant,   7 Little Court,   Sicklerville, NJ 08081-1947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
         Helene Bonnie Raush   on behalf of Creditor   Lehigh Manor Estates Homeowners Association, Inc.
           hraush@hgllclaw.com,  aholmes@hgllclaw.com
         Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
         Joseph J. Rogers   on behalf of Debtor Darlene L. Bryant jjresq@comcast.net,  jjresql@comcast.net
         Joshua I. Goldman   on behalf of Creditor   Midland Mortgage jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         Joshua I. Goldman   on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         Lawrence J. McDermott, Jr.   on behalf of Creditor   New Century Financial Services, Inc.
           lmcdermott@pressler-pressler.com
                                                                                      TOTAL: 6